

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00266-CV

_____


LADEITRA STEWARD, Appellant

V.

LA FRONTERA SOUTH PHASE ONE AND THE VILLAS OF LA FRONTERA
SOUTH PHASE ONE HOMEOWNERS ASSOCIATION, Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-305799-19

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

## MEMORANDUM OPINION

Appellant Ladeitra Steward attempts to appeal from the trial court's June 18, 2019 "Order for Foreclosure." We notified Steward that because the order did not appear to be a final judgment or an appealable interlocutory order, we would dismiss the appeal unless she responded and showed grounds to continue it. *See* Tex. R. App. P. 42.3, 44.3. Steward responded but did not show such grounds.

The trial court's foreclosure order granted by default an application for an expedited order allowing the foreclosure of a lien under rule 736. Tex. R. Civ. P. 736.1, 736.7, 736.8(a). Such an order is not appealable and may be challenged only "in a suit filed in a separate, independent, original proceeding in a court of competent jurisdiction." Tex. R. Civ. P. 736.8(c); *see also* Tex. R. Civ. P. 736.11(a). Accordingly, we do not have jurisdiction over Steward's attempted appeal and dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Hamilton v. Madison Revolving Trust 2017*, No. 02-19-00101-CV, 2019 WL 2134100, at *1 (Tex. App.—Fort Worth May 16, 2019, no pet.) (per curiam) (mem. op.).

/s/ Lee Gabriel

Lee Gabriel
Justice

Delivered: August 29, 2019